CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Thay
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OWAIIAN M. JONES,
    Plaintiff,

Civil Action No. 7:14-cv-00523

v.

**FINAL ORDER**

DEPUTY LEE, <u>et al.</u>,
    Defendant(s).

By:    Michael F. Urbanski
United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This \_\_3rd\_\_ day of ~~October~~ November, 2014.

/s/ Michael F. Urbanski
United States District Judge